DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEORGE WALTERS,**
Appellant,

v.

**HSBC BANK USA, NATIONAL ASSOCIATION,**
Appellee.

No. 4D18-166

[October 3, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE15-002286-11.

George Walters, Tamarac, pro se.

Nancy M. Wallace of Akerman LLP, Tallahassee, and William P. Heller of Akerman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and FORST, JJ. concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***